UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE HOLLIS,<br><br>     Plaintiff,<br><br>vs.<br><br>FNU BLATHERS, *et al.*<br><br>     Defendants. | Case No. 1:11-cv-00741-RRB<br><br>**ORDER DISMISSING COMPLAINT** |

On June 25, 2014, at **Docket 17,** this Court granted the request of Plaintiff Michael Eugene Hollis to extend the time within which to file his amended complaint through and including July 11, 2014.  In that Order the Court warned Hollis that no further requests for additional time would be considered by the Court. Hollis has failed to file an amended complaint within the time specified.  Accordingly, this matter is hereby **DISMISSED**, without prejudice.

The Clerk of the Court is directed to enter final judgment accordingly.

**IT IS SO ORDERED** this 13th day of August, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT